**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000280
10-NOV-2025
07:56 AM
Dkt. 60 SO**

NO. CAAP-24-0000280

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
LORRAINE WELLS, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DCW-23-0002259)

### SUMMARY DISPOSITION ORDER
(By: Nakasone, Chief Judge, Hiraoka and Wadsworth, JJ.)

Lorraine **Wells** appeals from the *Notice of Entry of Judgment and/or Order* entered by the District Court of the First Circuit, Honolulu Division on March 12, 2024.[1] We affirm.

Instead of stating points of error as required by Hawaiʻi Rules of Appellate Procedure Rule 28(b)(4), Wells's opening brief states that counsel "could not find reversible error" and "invites the Court to search the entire record for reversible error." Wells relies on People v. Wende, 600 P.2d 1071, 1075 (Cal. 1979).

Hawaiʻi has neither adopted nor endorsed the Wende procedure. Nor does Hawaiʻi permit Anders briefs, in which court-appointed criminal defense counsel who believes their client's appeal is frivolous can move to withdraw "*accompanied by*

---

[1] The Honorable Kristine Y. Yoo presided.

*a brief referring to anything in the record that might arguably support the appeal. . . . [T]he court — not counsel — then proceeds, after a full examination of all the proceedings, to decide whether the case is wholly frivolous."* In re Attorney's Fees of Mohr, 97 Hawaiʻi 1, 7 & n.4, 32 P.3d 647, 653 & n.4 (2001) (discussing Anders v. California, 386 U.S. 738, 744 (1967)).

We are not obligated to search the record for unspecified error. Cf. Haw. Ventures, LLC v. Otaka, Inc., 114 Hawaiʻi 438, 480, 164 P.3d 696, 738 (2007) (stating that "this court is not obligated to sift through the voluminous record to verify an appellant's inadequately documented contentions").

Wells has not shown error. The District Court's March 12, 2024 *Notice of Entry of Judgment and/or Order* is affirmed.

DATED: Honolulu, Hawaiʻi, November 10, 2025.

On the briefs:

Eric Lee Niemeyer,
for Defendant-Appellant.

Loren J. Thomas,
Deputy Prosecuting Attorney,
City and County of Honolulu,
for Plaintiff-Appellee.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge